**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BREATHE DC,<br>a non-profit corporation,<br>1310 Southern Ave SE,<br>Room G-082,<br>Washington, DC 20032, | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Plaintiff, | ) | Case No. 1:20-cv-00619 |
| | ) | |
| v. | ) | Hon. Thomas F. Hogan |
| | ) | |
| JUUL LABS, INC.,<br>560 20th Street<br>San Francisco, CA 94107 | )<br>)<br>) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT JUUL LABS, INC.'S
MOTION TO STAY PROCEEDINGS PENDING MDL TRANSFER**

Pursuant to Federal Rule of Civil Procedure 7(b), Defendant JUUL Labs, Inc. respectfully

moves to stay further proceedings in this case pending the Judicial Panel on Multidistrict

Litigation's decision on transferring this action into an already-established multidistrict litigation

proceeding that concerns the same subject matter and that is already pending before the Hon.

William H. Orrick in the United States District Court for the Northern District of California, Case

No. 3:19-md-2913.  A supporting memorandum and proposed order are attached.

*Local Civil Rule 7(m) Certification*

Pursuant to Local Civil Rule 7(m), counsel for JLI certifies that they conferred with

opposing counsel regarding the relief sought in this Motion.  Plaintiff's counsel opposes the relief

requested herein.

Dated:  March 9, 2020                                    Respectfully submitted,

                                                         /s/ *Peter A. Farrell*
                                                         Peter A. Farrell, P.C. (D.C. Bar No. 975579)
                                                         Tia T. Trout Perez (D.C. Bar No. 990447)
                                                         Kirkland & Ellis LLP
                                                         1301 Pennsylvania Ave. N.W.
                                                         Washington, D.C. 20004
                                                         Tel: 202-389-5000
                                                         Fax: 202-389-5200
                                                         pfarrell@kirkland.com
                                                         Tia.trout-perez@kirkland.com

                                                         *Attorneys for Defendant JUUL Labs, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 9th day of March 2020, I caused a copy of the foregoing to

be filed electronically with the Clerk of Court and all counsel of record:


**RICHMAN LAW GROUP**
Kim E. Richman (D.C. Bar No. 1022978) 8 W. 126th Street
New York, New York 10027 Telephone: (212) 687-8291
Facsimile: (212) 687-8292
Email: krichman@richmanlawgroup.com

*Attorneys for Plaintiff Breathe DC*

By: /s/ *Peter A. Farrell*
Peter A. Farrell, P.C. (D.C. Bar No. 975579)
Tia T. Trout Perez (D.C. Bar No. 990447)
**Kirkland & Ellis LLP**
1301 Pennsylvania Ave. N.W.
Washington, D.C. 20004
Tel: 202-389-5000
Fax: 202-389-5200
pfarrell@kirkland.com
Tia.trout-perez@kirkland.com